# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
C.J. Mahan Construction Company ) ASBCA No. 59001
)
Under Contract No. W912P5-10-C-0008 )

APPEARANCE FOR THE APPELLANT: Daniel F. Edwards, Esq.
 Thompson Hine LLP
 Columbus, OH

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
 Engineer Chief Trial Attorney
 Thomas M. Browder III, Esq.
 Bill D. Woodard, Esq.
 Engineer Trial Attorneys
 U.S. Army Engineer District, Nashville

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 September 2014

DIANA S. DICKINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59001, Appeal of C.J. Mahan Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals